FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (03/09)  Case Number 4:09−bk−08064−JJT

# UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/15/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or electronically through "PACER" (Public Access to Court Electronic Records).

**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, include trade names):
R.K.T. Leasing Co., Inc.
P.O. Box 340
West Milton, PA 17886

| Case Number: | Last four digits of Social Security No., Individual Taxpayer−ID(ITIN) No. or EIN No.: |
|---|---|
| 4:09−bk−08064−JJT | 23−2940994 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Brian L. Kerstetter<br>1202 West Market Street<br>Lewisburg, PA 17837<br>Telephone number: 570 524−6020 | Lawrence G. Frank (Trustee)<br>Thomas, Long, Niesen & Kennard<br>P O BOX 9500<br>212 Locust Street, Suite 500<br>Harrisburg, PA 17108−9500<br>Telephone number: 717 234−7455 |

### Meeting of Creditors:
Date: December 2, 2009   Time: 11:30 AM
Location: Selinsgrove Borough Bldg, 1 North High Street, Selinsgrove, PA 17870

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### CREDITORS WITH A FOREIGN ADDRESS

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17101<br>(570) 831−2500 OR (717) 901−2800 | Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 11/9/09 |

# EXPLANATIONS

FORM B9B (03/09)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed through "ECF" (Electronic Case Filing) or with the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or electronically through "PACER" (Public Access to Court Electronic Records). |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. Consult a lawyer to determine your rights in this case. |

## −− Refer to Other Side for Important Deadlines and Notices −−

**RAPID DATA ACCESS:** We encourage you to register with our Public Access to Court Electronic Records System ("PACER") by visiting the PACER Home Page at **http://pacer.psc.uscourts.gov/** or by calling **1−800−676−6856.**

**COPY REQUESTS:** To obtain copies of documents, send a written request to the Clerk's Office as listed on this notice.

# CERTIFICATE OF NOTICE

```
District/off: 0314-4          User: DDunbar           Page 1 of 1              Date Rcvd: Nov 09, 2009
Case: 09-08064                Form ID: B9B            Total Noticed: 12
```

The following entities were noticed by first class mail on Nov 11, 2009.
```
db         +R.K.T. Leasing Co., Inc.,   P.O. Box 340,   West Milton, PA 17886-0340
aty        +Brian L. Kerstetter,   1202 West Market Street,   Lewisburg, PA 17837-1372
tr         +Lawrence G. Frank (Trustee),   Thomas, Long, Niesen & Kennard,   P O BOX 9500,
             212 Locust Street, Suite 500,   Harrisburg, PA 17101-1510
3399244    +Brass Alignment, Inc.,   111 Rose Street,   Williamsport, PA 17701-5758
3399245    +Harry's Trust & Equipment,   155 Buffalo Creek Road,   Mifflinburg, PA 17844-7769
3399246    +Heavy Duty Parts Inc,   3100 Washington Blvd.,   Baltimore, MD 21230-1034
3399247    +Leighow Oil Company, Inc.,   118 Eyer Road,   Danville, PA 17821-8353
3399248    +Michael M. Apfelbaum, J.D.,   43 S. 5th Street,   Sunbury, PA 17801-2856
3399249    +PP & L,   2 North 9th Street,   RPC-GENN1,   Allentown, PA 18101-1139
3399250    +Shamokin/Coal Town. Joint Sewer,   114 Bridge Street,   Shamokin, PA 17872-7690
3399251    +Sholley Insurance Agency,   2409 Old Turnpike Road,   Lewisburg, PA 17837-6523
3399252    +Southside Trailer Service Inc.,   P.O. Box 2300,   Buffalo, NY 14219-0500
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2009**                    **Signature:** _/s/ Joseph Speetjens_