

# THOMAS, LONG, NIESEN & KENNARD
*Attorneys and Counsellors at Law*

March 8, 2010

Clerk US Bankruptcy Court
Docket

    RE: R.K.T. Leasing Co., Inc.
        Chapter 7
        Case No. 4-09-08064 JJT

Dear Case Administrator:

    Please note the 341 for the above case was held via telephone on March 8, 2010 at 11:00 a.m.

                          Sincerely yours,

                          Lawrence G. Frank
                          Trustee in Bankruptcy

LGF:dkh

cc

212 LOCUST STREET • SUITE 500 • P.O. BOX 9500 • HARRISBURG, PA 17108-9500 • 717.255.7600 • FAX 717.236.8278 • www.thomaslonglaw.com

Case 4:09-bk-08064-JJT    Doc 18    Filed 03/08/10    Entered 03/08/10 13:18:29    Desc
Main Document    Page 1 of 1