UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 4-09-08064 JJT
R.K.T. LEASING CO., INC., :
    Debtor : Chapter 7

ORDER

Upon consideration of the annexed Application of Lawrence G. Frank, Trustee in the above estate, praying for authority to employ and appoint Lawrence G. Frank, Esquire, under a general retainer to represent him as attorney for the trustee, no adverse interest having been represented, and it further appearing that the said Lawrence G. Frank, Esq., is an attorney duly admitted to practice in this court, and the court being satisfied that Lawrence G. Frank, Esq. represents no adverse interest as attorney for the trustee of the estate of the debtor in the matters upon which he is to be engaged; that his employment is necessary and would be in the best interest of the estate, and that the case is one justifying the employment of an attorney under a general retainer, it is

HEREBY ORDERED AND DECREED that the said Lawrence G. Frank, as such trustee, be and hereby is authorized to employ the said Lawrence G. Frank, Esq. as attorney under a general retainer.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(AG)

*This document is electronically signed and filed on the same date.*

Dated: March 16, 2010