fnldec (09/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

R.K.T. Leasing Co., Inc.  
P.O. Box 340  
West Milton, PA 17886

Chapter 7  
Case No. 4:09−bk−08064−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
23−2940994

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: <u>January 5, 2011</u>

BY THE COURT

John J. Thomas  
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*

# CERTIFICATE OF NOTICE

```
District/off: 0314-4          User: DDunbar           Page 1 of 1              Date Rcvd: Jan 05, 2011
Case: 09-08064                Form ID: fnldec         Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 07, 2011.
db            +R.K.T. Leasing Co., Inc.,   P.O. Box 340,   West Milton, PA 17886-0340

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2011**                        Signature:        *Joseph Speetjens*